**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SPHERIX INCORPORATED and NNPT, LLC** § § § | |
| Plaintiffs, § | |
| § | **Civil Action No. 14-578 (SLR)** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **JUNIPER NETWORKS, INC.** § § | |
| Defendant. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that (1) the time for Spherix Incorporated and NNPT, LLC to respond to Juniper Networks, Inc.'s ("Juniper") Motion to Dismiss Plaintiffs' Claims of Willful Patent Infringement is extended until August 29, 2014 and (2) the time for Juniper to file its reply brief is extended until September 15, 2014.

| | |
|---|---|
| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Damien Nicholas Tancredi* | */s/ Jack B. Blumenfeld* |
| Damien Nicholas Tancredi (#5395) | Jack B. Blumenfeld (#1014) |
| 1201 North Market Street | 1201 North Market Street |
| Suite 1001 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 295-2034 | (302) 658-9200 |
| dtancredi@cozen.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiffs, Spherix Incorporated and NNPT, LLC* | *Attorneys for Defendant Juniper Networks, Inc.* |

SO ORDERED this _____ day of August 2014.

_____
　　　J.