# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SPHERIX INCORPORATED and
NNPT, LLC

        Plaintiffs,

        v.

JUNIPER NETWORKS, INC.

        Defendant.

C.A. No: 1:14-cv-00578-SLR

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** Damien Nicholas Tancredi, Esq. of Cozen O'Connor hereby withdraws his appearance in the above-referenced action on behalf of Plaintiffs Spherix Incorporated and NNPT, LLC. Cozen O'Connor continues to represent Plaintiffs Spherix Incorporated and NNPT, LLC.

**FURTHER, PLEASE ENTER** the appearance Joseph J. Bellew, Esq., of Cozen O'Connor on behalf of Plaintiffs Spherix Incorporated and NNPT, LLC, who further demands that notice of all matters herein be served upon him as follows:

        Joseph J. Bellew, Esq.
        **COZEN O'CONNOR**
        1201 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Tel: (302) 295-2025
        Fax: (302) 701-2431
        E-mail: jbellew@cozen.com

Dated: November 13, 2014

        Respectfully submitted,

        */s/ Joseph J. Bellew*
        Joseph J. Bellew (#4816)
        **COZEN O'CONNOR**
        1201 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Tel: (302) 295-2025

Fax: (302) 701-2431
E-mail: jbellew@cozen.com

*/s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi (#5395)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2034
Fax: (302) 250-4356
E-mail: dtancredi@cozen.com

*Of Counsel:*

Kerry B. McTigue (*pro hac vice*)
Barry P. Golob (*pro hac vice*)
Donald R. McPhail (*pro hac vice*)
**COZEN O'CONNOR**
The Army & Navy Club Building, Suite 1100
1627 I Street, N.W.
Washington, DC 20006
(202) 912-4800 (phone)
(202) 912-4830 (facsimile)
E-mail: kmctigue@cozen.com
         bgolob@cozen.com
         dmcphail@cozen.com

*Attorneys for Plaintiff Spherix Incorporated & NNPT, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned on oath hereby certify on this 13th day of November that the foregoing **WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was caused to be filed electronically with the Clerk of Court using the CM/ECF which will send notification of all such filing to counsel of record.

*/s/ Joseph J. Bellew*
Joseph J. Bellew (#4816)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2025
Fax: (302) 701-2431
E-mail: jbellew@cozen.com