IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPHERIX INCORPORATED | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-578 (SLR) |
| | ) |
| JUNIPER NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Alicia Meros Carney of FISCH SIGLER LLP for Defendant Juniper Networks, Inc. ("Juniper") is hereby withdrawn. Juniper will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and FISCH SIGLER LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Alan M. Fisch
R. William Sigler
Jennifer K. Robinson
FISCH SIGLER LLP
5301 Wisconsin Avenue NW, 4th Floor
Washington, DC 20015
(202) 362-3600

August 28, 2015

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 28, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Bellew, Esquire<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kerry B. McTigue, Esquire<br>Barry P. Golob, Esquire<br>Donald R. McPhail, Esquire<br>W. Blake Coblentz, Esquire<br>COZON O'CONNOR<br>The Army and Navy Building<br>1627 I Street, NW, Suite 1100<br>Washington, DC  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)